## NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000543
30-MAY-2023
08:26 AM
Dkt. 26 ODSD**

NO. CAAP-22-0000543

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE POOLING AND SERVICE AGREEMENT DATED AS OF NOVEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR4, Plaintiff-Appellee, v. LORI J. HAWTHORNE, fka LORI J. BAUER, aka LORI S. BAUER, Defendant-Appellee, and LANI PACIFIC, Defendant-Appellant, and DOES 1-20, inclusive, Defendants

LANI PACIFIC, a registered business entity, Plaintiff-Appellant, v. DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE POOLING AND SERVICE AGREEMENT DATED AS OF NOVEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR4, Defendant-Appellee, and DOES 1-20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NOS. 3CC19100014K and 3CCV-20-0000212 (consolidated))

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on a clerk's extension on or before January 26, 2023;

(2) Defendant-Appellant David Paul Biesemeyer dba Lani Pacific (Biesemeyer) did not file the opening brief or request a further extension of time;

(3) On February 1, 2023, the appellate clerk notified Biesemeyer that the time for filing the opening brief had expired, the matter would be called to the court's attention on February 13, 2023, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate

Procedure Rule 30, and Biesemeyer could request relief from default by motion; and

(4) Biesemeyer took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 30, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge